```
___FILED      ___ENTERED
___LODGED     ___RECEIVED

     JUN - 2 2005
       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD H. MUTCH, )
)
Petitioner, ) CASE NO.   C99-1476P
)
v. )
)
RICHARD MORGAN, ) ORDER DENYING § 2254 PETITION
)
Respondent. )
_____)

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's response (Dkt. #108) is STRICKEN.

(3) Petitioner's petition for a writ of habeas corpus (Dkt. #3) is DENIED with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this _1_ day of _June_, 2005.

/s/ Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

ORDER DENYING § 2254 PETITION

99-CV-01476-ORD